UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNIE L. BENNETT, JR., <br><br>              Plaintiff, <br><br>         v. <br><br> CAROLYN W. COLVIN, <br> ACTING COMMISSIONER OF THE <br> SOCIAL SECURITY ADMINISTRATION, <br><br>              Defendant. | Case No. CV 12-10317-PA (PJW) <br><br> ORDER TO SHOW CAUSE AS TO WHY <br> ACTION SHOULD NOT BE DISMISSED <br> WITH PREJUDICE FOR FAILURE TO <br> PROSECUTE |

On December 7, 2012, Plaintiff, who is proceeding in pro se, filed a complaint, challenging a final decision of the Social Security Administration to deny him benefits. On December 10, 2012, the Court issued an order, instructing Plaintiff to serve the Defendant by sending a copy of the summons and complaint by registered or certified mail to the United States Attorney for the Central District of California; the Commissioner for Social Security in Washington, D.C.; and the Attorney General of the United States in Washington, D.C. The Court informed Plaintiff that he was required to file proof that he served the summons and complaint within 28 days after he filed the complaint, i.e., no later than January 7, 2013, or risk having his

1  case dismissed.  Plaintiff has not filed a proof of service and has
2  not requested an extension of time.
3      IT IS THEREFORE ORDERED that, no later than **June 3, 2013**,
4  Petitioner shall inform the Court in writing why this case should not
5  be dismissed with prejudice for failure to prosecute.  Failure to
6  timely file a response will result in a recommendation that this case
7  be dismissed.
8      IT IS SO ORDERED
9      DATED:    <u>May 13, 2013</u>

*(signature: Patrick J. Walsh)*

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

28 S:\PJW\Cases-Soc Sec\BENNETT, JR. 10317\OSC_not dismiss.wpd