UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNIE L. BENNETT, JR.,<br><br>           Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMISSIONER OF THE<br>SOCIAL SECURITY ADMINISTRATION,<br><br>           Defendant. | Case No. CV 12-10317-PA (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Dismissing Action for Failure to Prosecute,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: June 26, 2013

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\12-10317 Judgment.wpd