UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNIE L. BENNETT, JR., | Case No. CV 12-10317-PA (PJW) |
| Plaintiff, | |
| | J U D G M E N T |
| v. | |
| CAROLYN W. COLVIN, ACTING COMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Pursuant to the Order Dismissing Action for Failure to Prosecute,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: June 26, 2013

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\12-10317 Judgment.wpd